UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
September 15, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ISIDRO VASQUEZ,<br><br>　　　　　Defendant. | Case No.  2:14-cr-00111-01<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release ISIDRO VASQUEZ Case No. 2:14-cr-00111-01 Charge 18 U.S.C. § 1542 from custody for the following reasons:

　　　_____    Release on Personal Recognizance

　　　_____    Bail Posted in the Sum of $ _____

　　　　　_____    Unsecured Appearance Bond $ _____

　　　　　_____    Appearance Bond with 10% Deposit

　　　　　_____    Appearance Bond with Surety

　　　　　_____    Corporate Surety Bail Bond

　　　  X     (Other): Time Served.

Issued at Sacramento, California on September 15, 2014 at 2:00 PM


Dated:  September 15, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT